IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GRADY EDWARD CHANDLER, JR. ) | Case No. 3:04-CR-37<br>Judge Phillips |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Grady Edward Chandler, Jr., and the defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties, recommending that Mr. Chandler's supervised release should be revoked and that he should receive a sentence of six (6) months incarceration followed by a period of thirty (30) months of supervised released.

Mr. Chandler agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The parties agree that the violations committed by the defendant are "Grade C" violations. The defendant's criminal history category is IV. The advisory guideline range is 6-12 months which the Court has carefully considered. There is a statutory maximum of two (2) years imprisonment which the Court has also considered. The Court has further considered the factors listed in 18 U.S.C. §3553(a).

Specifically, the Court finds that the defendant tested positively for a controlled substance, that he has admitted the use of controlled substances to his probation officer, and that he has not completed a drug treatment program.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the United States Sentencing Guidelines, Chapter Seven policy statements. IT IS HEREBY ORDERED, therefore, that Grady Edward Chandler, Jr.'s supervised release is revoked and he is sentenced to a term of imprisonment of six (6) months, to be followed by thirty (30) months of supervised release. While on supervised release, Grady Edward Chandler, Jr. will be subject to the standard conditions of supervised release adopted by this court and all previously ordered special conditions, including participation in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer until such time as the defendant is released by the probation officer from the program, as ordered by the Court on September 2, 2004.

It is RECOMMENDED that the Bureau of Prisons designate Grady Edward Chandler, Jr. to FCI Manchester for the service of his sentence.

*Thomas H. Phillips*
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

_Steve H. Cook, by Kim Tollison with permission_
Steve H.-Cook
Assistant U.S. Attorney

_K. Tll_
Kim A. Tollison
Attorney for Defendant

_Grady Chandler_
Grady Edward Chandler, Jr.
Defendant

_Scott Smith by Kim Tollison with permission_
Scott Smith
U.S. Probation Office

O:\ATTORNEY\BETH\Chandler rev\Agreed order.wpd